AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

JARAED DEAL, p/k/a "JAE DEAL," an individual, MARLON BARROW, p/k/a "Marlonwiththeglasses," an individual,

*Plaintiff(s)*

v.

KANYE OMARI WEST, a/k/a "YE," an individual [Please See Attachment #1 Caption Page]

*Defendant(s)*

Civil Action No. 2:26-cv-13035

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kanye Omari West, a/k/a "YE," an individual
Tyrone William Griffin, Jr., p/k/a "TY DOLLA $IGN ," an individual
Yeezy Record Label, LLC, a California limited liability company
Yeezy LLC, a Delaware limited liability company
Create Music Group, INC., a Delaware Corporation

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Neville L. Johnson (SBN 66329)
Douglas L. Johnson (SBN 209216)
Frank R. Trechsel (SBN 312199)
Johnson & Johnson LLP
439 N. Canon Dr. Suite 200, Beverly Hills, CA 90210
(310) 975-1080 [See Attachment # 1 Caption Page]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

# ATTACHMENT 1 TO SUMMONS

Neville L. Johnson (SBN 66329)
Douglas L. Johnson (SBN 209216)
Frank R. Trechsel (SBN 312199)
**JOHNSON & JOHNSON LLP**
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
Email: njohnson@jjllplaw.com
djohnson@jjllplaw.com
ftrechsel@jjllplaw.com

David A. Helfant (California SBN: 93862)
**LAW OFFICES OF DAVID A. HELFANT**
1880 Century Park East, Suite 1011
Los Angeles, California 90067
Telephone: (310) 729-1353
Email: david@helfantlaw.com

Attorneys for Plaintiff, JARAED DEAL, p/k/a "JAE DEAL"

Zachary T. Bohlender (SBN 289334)
**BRIGHTPOINT LAW**
360 22nd Street, Suite 700
Oakland, California 94612
Telephone: (415) 638-2863
Email: zach@brightpoint.law

Attorneys for Plaintiff, MARLON BARROW, p/k/a "Marlonwiththeglasses"

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JARAED DEAL, p/k/a "JAE DEAL," an individual, MARLON BARROW, p/k/a "Marlonwiththeglasses," an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>KANYE OMARI WEST, a/k/a "YE," an individual; TYRONE WILLIAM GRIFFIN, JR., p/k/a "TY DOLLA $IGN," an individual; YEEZY RECORD LABEL, LLC, a California limited liability company; YEEZY LLC, a Delaware limited liability company; CREATE MUSIC GROUP, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:26-cv-13035<br><br>**COMPLAINT FOR:**<br><br>**1. COPYRIGHT INFRINGEMENT;**<br>**2. VICARIOUS INFRINGEMENT; and**<br>**3. CONTRIBUTORY INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |